No. 71–6818.  BARBER v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 71–6819.  NELSON v. BUTLER, PRISON SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–6821.  KNIGHT v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 71–6822.  ALLEN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6823.  SMITH v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–6828.  LAUCHLI v. UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 71–6829.  GAUTHIER v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 71–6831.  CAGLE v. HARRIS, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 71–6832.  HALL v. SNYDER ET AL.  C. A. 7th Cir. Certiorari denied.

No. 71–6833.  SINGAL v. TWO UNKNOWN NAMED PATROLMEN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 71–6834.  GREER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–6835.  KASEY ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 71–6838.  HOLMES ET AL. v. LAIRD, SECRETARY OF DEFENSE, ET AL.  C. A. D. C. Cir.  Certiorari denied.